IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM HENRY PRAY, JR,

    Plaintiff,

v.                                              CASE NO. 1:06-cv-00034-MP-AK

WALMART STORES INC,
et al.,
    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint (doc. 1) be dismissed with prejudice for failure to state a claim and that this dismissal constitute a strike under 28 U.S.C.§ 1915(g). No objections were filed. The Court agrees with the Magistrate Judge that under no set of facts could plaintiff make out a federal constitutional claim of cruel and unusual punishment against the defendants since they are private individuals and a corporation and do not act under color of state law. Additionally, the Court agrees that plaintiff should not be allowed to dismiss this matter without prejudice and thereby avoid 28 U.S.C. § 1915(g). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED as frivolous, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *6th* day of July, 2006

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge